# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT
# WESTERN DIVISION

**In re F. DAVID REES**
**ARKANSAS BAR ID #79238**                                                                               **PETITIONER**

### CASE NO. 4:09MC00038 BSM

### ORDER

Petitioner F. David Rees's motion for reconsideration and/or partial rehearing (Doc. No. 10) is denied. Rees may reapply for reinstatement 180 days after entry of the April 5, 2010, order (Doc. No. 8) dismissing his original petition. Rees will be permitted to present additional testimony at that time.

IT IS SO ORDERED this 6th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE